UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BARRY BERGERON AND  CIVIL ACTION 2:24-cv-00429-BWA-JVM
TENNA BERGERON

VERSUS

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY

## JOINT MOTION TO DISMISS CASE

On joint motion of plaintiffs, Barry Bergeron and Tenna Bergeron, and of defendant, Allstate Property and Casualty Insurance Company, come both parties appearing herein through undersigned counsel of record, and on suggesting to this Honorable Court that this matter has been compromised and settled and therefore should be dismissed, with full prejudice as to all of plaintiffs' rights therein, each party to bear its own costs.

Respectfully submitted,

_____
DAMON J. BALDONE (#21997)
162 New Orleans Boulevard
Houma, LA 70364
Telephone: (985) 868-3427
Email: damon@baldonelaw.com
Attorneys for plaintiff

/s/ James L. Donovan, Jr.
JAMES L. DONOVAN, JR. (1337)
DONOVAN & LAWLER, APLC
4640 Rye Street
Metairie, LA 70006
Telephone: (504) 454-6808
Facsimile: (504) 887-5885
Email: jdonovan@donovanlawler.com
Attorneys for defendant,
Allstate

CERTIFICATE OF SERVICE

I hereby certify that on 9-30-24 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record.

/s/ James L. Donovan, Jr.