UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARRY BERGERON, *et al.*            CIVIL ACTION

VERSUS            NO. 24-429

ALLSTATE PROPERTY AND            SECTION M (1)
CASUALTY INSURANCE

## ORDER

Considering the parties' joint motion to dismiss (R. Doc. 10),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the claims of plaintiffs Barry Bergeron and Tenna Bergeron against defendant Allstate Property and Casualty Insurance Company are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 30th day of September, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE